UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND -
DETROIT & VICINITY; *et al,*

               Plaintiffs,

v.

RED STAR CONSTRUCTION GROUP, LLC,
a Delaware limited liability company; and
DARKO MARTINOVSKI, an individual,
jointly and severally,

               Defendants.
_____/

Case No. 22-mc-50600
Case No. 20-cv-11052

Hon. Laurie J. Michelson

## ORDER OF RELEASE FOR DARKO MARTINOVSKI
## AFTER PURGING THE CONTEMPT

The Court entered an Order of Contempt against Darko Martinovski, individually and on behalf of Red Star Construction Group, LLC, after Martinovski failed to comply with the Order for Updated Examination of Judgment Debtors Via Zoom and Compelling Production of Certain Documents and then failed to appear in court for a show cause hearing. (ECF No. 1.) Martinovski then failed to comply with the contempt order and a bench warrant was issued for his arrest. (ECF No. 5.) On April 11, 2022, Martinovski appeared in court on the warrant. He agreed to submit to the judgment debtor examination on **Thursday, April 21, 2022 at 10:00**

1

**am** in the undersigned's courtroom and to bring any requested books and records from the contempt order that are within his possession, custody, or control.

Thus, as Martinovski agreed to purge himself of contempt by complying with the requirements set forth in the contempt order, the arrest warrant is hereby cancelled and Martinovski may be released from custody. Should he again fail to abide by the contempt order by failing to appear for the judgment debtor examination or failing to produce the existing records, he may be subject to further contempt proceedings.

**IT IS SO ORDERED**.

Dated: April 12, 2022

                                            s/Laurie J. Michelson  
                                            LAURIE J. MICHELSON  
                                            UNITED STATES DISTRICT JUDGE